IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

XAVIER WASHINGTON,

        Plaintiff,

                                  Case No.:   8:22-cv-0475-VMC-AEP

vs.

HOMESITE INSURANCE COMPANY,

        Defendant.
_____/

**JOINT STATUS REPORT**

Plaintiff, Xavier Washington, and Defendant, Homesite Insurance Company, through the undersigned counsels, pursuant to Court's Order, (Doc. 20) hereby jointly file this status report, and in support thereof state as follows:

    **I.**    **Nature of the Case**

This matter stems from an alleged breach of an insurance policy by the Defendant, Homesite Insurance Company. Defendant issued an insurance policy which covered Plaintiff's property, 6211 S. MacDill Ave., Unit 1, Tampa, FL 33611.  On July 5, 2021, Plaintiff reported a claim to Defendant, for damages that occurred on or about July 4, 2021, due to a windstorm. Plaintiff alleges the windstorm caused a wind created opening allowing water to leak into the home and cause damage to the interior of the property. Defendant denied the claim based on an investigation of repairs performed on the roof prior to July 4, 2021, and the fact that the roof on the condominium building is not part of the insured unit under the policy. Defendant's denial indicated the damage inside the unit occurred due to wear and tear, which is excluded.

Plaintiff seeks damages under the policy so that he may restore the subject property to its pre loss condition. Plaintiff has submitted an estimate of damages to the Defendant detailing the

necessary repairs. Plaintiff has requested a jury trial. All parties have been served.

## II.     Discovery and Pending Motions

There are no pending motions, but the parties will be filing a joint motion for extension of time to comply with this court's referral to mediation. While the parties originally coordinated a mediation to be held on September 13, 2022, an unavoidable conflict has arisen. In addition, the parties have been trying to schedule some discovery that is very likely to influence each party's evaluation of the case, but due to no fault of the parties or their counsel, they have been unable to coordinate this additional discovery prior to the mediation. The parties believe this discovery could significantly impact the outcome of mediation and thus seek to postpone the mediation for a few more weeks. Contingent on approval from this Court, the mediation has tentatively re-set for December 20, 2022.

The parties are on pace to complete discovery consistent with this Court's March 10, 2022, Case Management and Scheduling Order [Doc. 10]. Plaintiff has taken the deposition of the desk adjuster Defendant assigned to this claim and Defendant has taken the deposition of the Plaintiff. Plaintiff has requested the deposition of Defendant's Corporate Representatives and the parties are currently scheduling the deposition. In addition, some non-party records will be obtained in the near future.

## III.    Settlement and Referrals

To date there have been minimal negotiations. Counsel for the above parties have discussed the legal and factual issues in this matter and are continuing to discuss them as additional information is obtained. Mediation is tentatively set for December 20, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by via CM/ECF on September 9, 2022 to Dorothy V. DiFiore, Esquire, dorothy.difiore@qpwblaw.com, Ronald.cochran-lafleur@qpwblaw.com.

WILLIAMS LAW P.A.

/s/ Kyle B. Staggs
Kyle B. Staggs, Esq.
1715 West Cleveland Street
Tampa, Florida 33606
Kyle@williamspa.com
Courtdocs@williamspa.com
TELEPHONE: (813) 288-4999
FACSIMILE: (813) 288-4944
F.B.N.: 125472
Attorney for the Plaintiff