```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

XAVIER WASHINGTON,

    Plaintiff,

v.                        Case No. 8:22-cv-475-VMC-AEP

HOMESITE INSURANCE COMPANY,

    Defendant.
_____/

## AMENDED ORDER APPOINTING MEDIATOR

Pursuant to the Amended Notice of Mediation (Doc. # 25), filed on September 22, 2022, and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**   Andrew Eckhoff

    **Location:**        Law Office of Andrew Eckhoff, P.A.
                       777 S Harbour Island Blvd., Ste. 940
                       Tampa, FL 33602

By agreement of the parties, the mediation conference is scheduled for **December 19, 2022, at 1:00 PM** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity.

Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required.

Now that the mediation has been scheduled, the parties may not unilaterally reschedule the mediation conference — a motion must be filed, and leave of Court obtained, if they seek to reschedule the mediation. In the motion to reschedule, counsel must include the proposed date of rescheduling; the Court reserves the right to deny any motion that seeks to reschedule the mediation conference for a date beyond the mediation deadline previously set by the Court.

Furthermore, neither party may cancel the mediation without first obtaining leave of Court, even if the parties have reached a settlement.

Despite Local Rule 4.03(f), Lead Counsel must file a notice informing the Court of the results of the mediation conference within twenty-four hours from the conclusion of the mediation conference.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of September, 2022.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE