IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

XAVIER WASHINGTON,

    Plaintiff,

vs.                                  Case No.:   8:22-CV-0475-VMC-AEP

HOMESITE INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff, Xavier Washington, by and through the undersigned counsel, and hereby files this Notice of Voluntary Dismissal with prejudice of the above-styled matter due to the parties' settlement of this matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail on February 7, 2023 to Dorothy V. DiFiore, Esquire, dorothy.difiore@qpwblaw.com.

                                      WILLIAMS LAW P.A.

                                      _____
                                      Kyle B. Staggs, Esq.
                                      1715 West Cleveland Street
                                      Tampa, Florida 33606
                                      Kyle@williamspa.com
                                      courtdocs@williamspa.com
                                      TELEPHONE: (813) 288-4999
                                      FACSIMILE: (813) 288-4944
                                      F.B.N.: 125472
                                      Attorney for the Plaintiff